# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTWONE STOKES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CDCR, *et al.*,<br><br>　　　　　Defendants. | Case No.: 1:26-cv-01596-FRS (BAM) (PC)<br><br>ORDER TO SUBMIT COMPLETED PRISONER APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN **THIRTY (30) DAYS** |

Plaintiff Antwone Stokes ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action under 42 U.S.C. § 1983.  Plaintiff initiated this action on February 17, 2026, (ECF No. 1), together with a motion to proceed in forma pauperis, (ECF No. 2), in the Sacramento Division of the United States District Court for the Eastern District of California.  The case was transferred to the Fresno Division on February 25, 2026.  (ECF No. 6.)

Plaintiff's motion to proceed in forma pauperis pursuant to 28 U.S.C. § 1915 is missing the second page, and therefore does not contain Plaintiff's signature or a signed authorization permitting withdrawals from his inmate trust account or a certified copy of his trust account statement.  (ECF No. 2.)  The application also does not include a certified copy of Plaintiff's trust account statement.  Plaintiff must submit a signed and completed form if he wishes for the

1

application to be considered.

Accordingly, IT IS HEREBY ORDERED as follows:

1. The Clerk of the Court is directed to serve this order and a blank in forma pauperis application for a prisoner on Plaintiff;

2. Within **thirty (30) days** from the date of service of this order, Plaintiff shall file the attached application to proceed in forma pauperis, **completed and signed**, or in the alternative, pay the $405.00 filing fee for this action;

3. No extension of time will be granted without a showing of good cause; and

4. **Plaintiff is warned that the failure to comply with this order will result in dismissal of this action, without prejudice.**

IT IS SO ORDERED.

Dated:   **March 3, 2026**          /s/ *Barbara A. McAuliffe*
                                   UNITED STATES MAGISTRATE JUDGE